IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07 CR 388 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| TAYLOR REID GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Modify Conditions of Release (Filing No. 64) in order to permit him to attend the ceremonial meeting and funeral of his uncle, Pat Lyons. After considering the matter,

IT IS ORDERED that defendant's Motion to Modify Conditions of Release is granted. Defendant may leave Intertribal on Tuesday, May 18, at 5:00 p.m and return on Wednesday, May 19, at 5:00 p.m., in order to attend services for Mr. Lyons' funeral.

DATED: May 17, 2010

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court